

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00164-CV

**UNITED STRUCTURAL CONSULTANTS, INC.,**
Appellant

v.

**QUINCY RESIDENTIAL, LLC**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI24077
Honorable Lisa Jarrett, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Irene Rios, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: April 16, 2025

DISMISSED

On, March 18, 2025, appellant filed a motion to dismiss this appeal. The motion states that appellant filed a notice of appeal seeking review of a default judgment and that on March 11, 2025, the trial court granted appellant's motion to vacate the default judgment. Appellee has not opposed appellant's motion to dismiss this appeal. *See id.* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss this appeal. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM